UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEFFERY D. DUNN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-4519** |
| **STATE OF LOUISIANA, ET AL.** | **SECTION "S" (3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's 42 U.S.C. § 1983 claims against the State of Louisiana, the City of New Orleans, Section K of the Orleans Parish Criminal District Court, Michael Monestere, Joshua Perry, and Amanda Frazier are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

**IT IS FURTHER ORDERED** that plaintiff's federal *habeas corpus* claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this __3rd__ day of _____February_____, 2011.

_____
**UNITED STATES DISTRICT JUDGE**